IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MICHAEL AUSTIN**, *et al.*, ) <br> ) <br>     **Petitioners**, ) <br> ) <br>     v. ) <br> ) <br> **UNITED STATES and DALLAYLLAH BUNTING**, ) <br> ) <br>     **Respondents**. ) <br> ) | CIVIL ACTION NO. 5:12-MC-4 (MTT) |

## ORDER

This matter is before the Court on Petitioner Michael Austin's Motion to Quash. (Doc. 1). The Petitioner seeks to have several IRS summonses issued to various third party financial institutions quashed.[1] On April 2, 2012, the Court ordered the Petitioner to file a short and plain statement setting forth the facts and legal authority upon which his Motion was based. (Doc. 2). The Court warned the Petitioner that failure to respond to the Court's order may result in the denial of his Motion.

Despite the Court's request for a "short and plain statement," the Petitioner responded by filing a 40-page supplement, with 30 additional pages of exhibits. (Doc. 3). The Petitioner's response does not clarify the grounds he relies upon in his Motion, as the Court had hoped. Rather, among other subjects not pertinent to his Motion, the Petitioner's response consists almost entirely of a long and confusing diatribe regarding the unconstitutionality of the federal individual income tax. In short, and without going

---

[1] The summonses pertain to an IRS criminal investigation into the Petitioner's tax liability.

into detail, the Petitioner has failed to set forth grounds entitling him to the relief he seeks. Accordingly, the Motion to Quash is **denied**.

    **SO ORDERED,** this 18th day of April, 2012.

                                        <u>S/ Marc T. Treadwell</u>
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT